UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| ESTATE OF STEVEN ALAN CHASTAIN, ERICA CHASTAIN, IN HER CAPACITY AS PERSONAL REPRESENTATIVE TO THE ESTATE OF STEVE ALAN CHASTAIN;<br><br>Plaintiff,<br><br>vs.<br><br>MICHIGAN CONFERENCE OF TEAMSTERS WELFARE FUND, TRUSTEES OF,<br><br>Defendant. | 2:21-CV-12386-TGB<br><br><br>ORDER DISMISSING CASE<br><br>HONORABLE TERRENCE G. BERG |

Pursuant to the Notice of Voluntary Dismissal by Plaintiffs, this case is DISMISSED without prejudice.

**IT IS SO ORDERED.**

DATED this 29th day of November, 2021.

BY THE COURT:

/s/Terrence G. Berg
TERRENCE G. BERG
United States District Judge